**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                 CASE NO.: 1:07-CR-004-SPM

CHARLES TANSUWAT,

      Defendant.
_____/

**ORDER OF REFERENCE FOR PLEA PROCEEDINGS BEFORE A UNITED STATES MAGISTRATE JUDGE**

The Court has been informed that the defendant in the above-styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge.  Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and N.D. Fla. Loc. R. 72.3, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned criminal case be referred to a United States Magistrate Judge to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

**DONE AND ORDERED** this twenty-fourth day of August, 2007.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge