**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                              CASE NO.: 1:07-CR-004-SPM

CHARLES KANE TANSUWAT,

    Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the United States Magistrate Judge's Report and Recommendation for Charles Kane Tansuwat,(doc. 37), to which there have been no objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **CHARLES KANE TANSUWAT,** to Counts One and Two of the indictment is hereby ACCEPTED.  Defendant shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this thirty-first day of August, 2007.

                                                *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge